# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSBOLDT, NANCY A. | § | Case No. 12-47139 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/30/2012 . The undersigned trustee was appointed on 11/30/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $         14,633.64

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.87 |
| Bank service fees | 186.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 4,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 10,446.37 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  01/21/2014  and the deadline for filing governmental claims was  01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,813.36 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,813.36 , for a total compensation of $ 1,813.36 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 35.76 , for total expenses of $ 35.76 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2016          By:/s/JOSEPH E. COHEN
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 12-47139   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | | JOSEPH E. COHEN |
| Case Name: | RUSBOLDT, NANCY A. | | Date Filed (f) or Converted (c): | | 11/30/12 (f) |
| | | | 341(a) Meeting Date: | | 01/18/13 |
| For Period Ending: | 09/15/16 | | Claims Bar Date: | | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real estate located at 103 Armstrong Dr. Apt. A, B | 112,600.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Charter One Bank | 600.00 | 0.00 | | 0.00 | FA |
|     Checking account with Charter One Bank | | | | | |
| 3. Miscellaneous used household goods and furnishings | 450.00 | 0.00 | | 0.00 | FA |
|     Miscellaneous used household goods and furnishings | | | | | |
| 4. Books, Pictures, and CD's | 90.00 | 0.00 | | 0.00 | FA |
|     Books, Pictures, and CD's | | | | | |
| 5. Wearing Apparel | 700.00 | 0.00 | | 0.00 | FA |
|     Wearing Apparel | | | | | |
| 6. Miscellaneous Costume Jewelry | 95.00 | 0.00 | | 0.00 | FA |
|     Miscellaneous Costume Jewelry | | | | | |
| 7. Term Life Insurance policy through Phoenix - (No c | 0.00 | 0.00 | | 0.00 | FA |
|     Term Life Insurance policy through Phoenix - (No cash surrender value) | | | | | |
| 8. 401(k) / Retirement plan through employer - 100% e | 0.00 | 0.00 | | 0.00 | FA |
|     401(k) / Retirement plan through employer - 100% exempt. | | | | | |
| 9. 472 Shares of Verizon at $44.73 a share | 21,112.00 | 0.00 | | 14,633.64 | FA |
|     472 Shares of Verizon at $44.73 a share | | | | | |
| 10. 20 Shares of Frontier at 4.77 a share. | 95.40 | 0.00 | | 0.00 | FA |
|     20 Shares of Frontier at 4.77 a share. | | | | | |
| 11. Estimated 2011 tax refund of $463.00 was received | 463.00 | 0.00 | | 0.00 | FA |
|     Estimated 2011 tax refund of $463.00 was received before filing (April 2012) and spent on ordinary and necessary living expenses. | | | | | |
| 12. Automobile - 2003 Hyundai Elantra with 16,000 in m | 3,834.00 | 0.00 | | 0.00 | FA |
|     Automobile - 2003 Hyundai Elantra with 16,000 in mileage - Full Coverage Auto Insurance | | | | | |
| 13. Animal - 1 Dog | 20.00 | 0.00 | | 0.00 | FA |

Case 12-47139    Doc 37    Filed 10/21/16    Entered 10/21/16 14:21:13    Desc Main
Document      Page 4 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No:   12-47139    ABG   Judge: A. BENJAMIN GOLDGAR   Trustee Name:   JOSEPH E. COHEN
Case Name:   RUSBOLDT, NANCY A.   Date Filed (f) or Converted (c):   11/30/12 (f)
341(a) Meeting Date:   01/18/13
Claims Bar Date:   01/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Animal - 1 Dog | | | | | |

                                                                                                                                   Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)         $140,059.40          $0.00                              $14,633.64          $0.00
                                                                                                                           (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TRYING TO DETERMINE WHY SALE PROCEEDS HAVENT ARRIVED - 01/20/16. STILL WAITING FOR STOCK PROCEEDS - Oct. 31, 2015. TRUSTEE WAITING TO RECEIVE STOCK PROCEEDS - July 30, 2015. STOCK IS BEING SOLD - April 28, 2015. TRUSTEE TO ENFORCE ORDER FOR TURNOVER SINCE DEBTOR HAS NOT COMPLIED - Jan.17, 2015.  TRUSTEE TO SELL STOCK OWNED BY THE DEBTOR.  TRUSTEE HAS EMPLOYED COUNSEL AND IS FILING A MOTION FOR TURNOVER OF THE STOCK - January 18, 2014.  NO CHANGE - April 30, 2014. NO CHANGE - July 17, 2014.  MOTION WAS FILED FOR TURNOVER - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 07/31/15        Current Projected Date of Final Report (TFR): 05/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-47139 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RUSBOLDT, NANCY A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6223 Checking Account |
| Taxpayer ID No: | *******7478 | | | |
| For Period Ending: | 09/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/15 | 9 | NANCY RUSBOLDT | STOCK DIVIDENDS | 1123-000 | 1,057.00 | | 1,057.00 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,047.00 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,037.00 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,027.00 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,017.00 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,007.00 |
| 08/24/15 | 9 | VERIZON | DIVIDEND CHECK | 1123-000 | 129.80 | | 1,136.80 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,126.80 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,116.80 |
| 11/05/15 | 9 | VERIZON | stock dividend | 1123-000 | 133.34 | | 1,250.14 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,240.14 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,230.14 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,220.14 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,210.14 |
| 02/16/16 | 300001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 0.87 | 1,209.27 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,199.27 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,189.27 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,179.27 |
| 05/31/16 | 9 | Computershare P.O. Box 43078 Providence, RI 43078 | Stock Diviidends | 1123-000 | 133.34 | | 1,312.61 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,302.61 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,292.61 |
| 08/03/16 | 9 | COMPUTERSHARE P.O. BOX 43078 | STOCK DIVIDENDS | 1123-000 | 133.34 | | 1,425.95 |
| | | | Page Subtotals | | 1,586.82 | 160.87 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06a

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-47139 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUSBOLDT, NANCY A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6223  Checking Account |
| Taxpayer ID No: | *******7478 | | |
| For Period Ending: | 09/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/03/16 | 9 | COMPUTERSHARE<br>P.O. BOX 43078<br>PROVIDENCE, RI 02940-3078 | SALE OF 236 SHARES OF STOCK | 1129-000 | 12,913.48 | | 14,339.43 |
| 08/03/16 | 9 | COMPUTERSHARE, INC.<br>250 ROYALL STREET<br>CANTON, MA 02021 | STOCK DIVIDENDS | 1123-000 | 133.34 | | 14,472.77 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,462.77 |
| 08/08/16 | 300002 | NANCY RUSBOLDT<br>103 ARMSTRONG DRIVE, APT A<br>BUFFALO GROVE, IL 60089 | Debtor's Exemption | 8100-000 | | 4,000.00 | 10,462.77 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 10,446.37 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 14,633.64 | 4,187.27 | 10,446.37 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,633.64 | 4,187.27 | |
| Less:  Payments to Debtors | | 4,000.00 | |
| Net | 14,633.64 | 187.27 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6223 | 14,633.64 | 187.27 | 10,446.37 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 14,633.64 | 187.27 | 10,446.37 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   13,046.82   4,026.40

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 15, 2016 |
|---|---|---|---|---|---|---|

Case Number:  12-47139  
Debtor Name:  RUSBOLDT, NANCY A.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,849.12 | $1,849.12 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,057.75 | $3,057.75 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $0.87 | $0.87 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $71.53 | $71.53 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $265.63 | $265.63 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,509.23 | $1,509.23 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,868.10 | $1,868.10 |
| 000005<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $5,028.55 | $5,028.55 |
| | Case Totals: | | | $0.00 | $13,650.78 | $13,650.78 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-47139
Case Name: RUSBOLDT, NANCY A.
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 10,446.37

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,813.36 | $ 0.00 | $ 1,813.36 |
| Trustee Expenses: JOSEPH E. COHEN | $ 35.76 | $ 0.00 | $ 35.76 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 3,057.75 | $ 0.00 | $ 3,057.75 |
| Other: ADAMS-LEVINE | $ 0.87 | $ 0.87 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    4,906.87

Remaining Balance    $    5,539.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,743.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 71.53 | $ 0.00 | $ 45.32 |
| 000002 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 265.63 | $ 0.00 | $ 168.30 |
| 000003 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,509.23 | $ 0.00 | $ 956.23 |
| 000004 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 1,868.10 | $ 0.00 | $ 1,183.61 |
| 000005 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 5,028.55 | $ 0.00 | $ 3,186.04 |

Total to be paid to timely general unsecured creditors    $    5,539.50

    Remaining Balance                                                      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE