IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Nancy A. Rusboldt** | ) | No. 12 B 47139 |
| | ) | |
| Debtor(s) | ) | |

### PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on October 24, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300               BY:/s/ Joseph E. Cohen
                                              One of His Attorney

Quantum 3 Group, LLC as agent
For Comenity Bank
P.O. Box 788
Kirkland, WA   98083

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Joseph Doyle
joe@fightbills.com

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov