UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RUSBOLDT, NANCY A. § Case No. 12-47139
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 100,847.40 *(Without deducting any secured claims)* | Assets Exempt: 22,100.00 |
| Total Distributions to Claimants: 5,539.50 | Claims Discharged Without Payment: 32,307.54 |
| Total Expenses of Administration: 5,094.14 | |

3) Total gross receipts of $ 14,633.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00 (see **Exhibit 2**), yielded net receipts of $ 10,633.64 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 90,455.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,094.14 | 5,094.14 | 5,094.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,401.00 | 8,743.04 | 8,743.04 | 5,539.50 |
| **TOTAL DISBURSEMENTS** | $ 127,856.00 | $ 13,837.18 | $ 13,837.18 | $ 10,633.64 |

4) This case was originally filed under chapter 7 on 11/30/2012. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2016        By:/s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 472 Shares of Verizon at $44.73 a share | 1123-000 | 1,720.16 |
| 472 Shares of Verizon at $44.73 a share | 1129-000 | 12,913.48 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,633.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NANCY RUSBOLDT | Exemptions | 8100-000 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 90,455.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 90,455.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,813.36 | 1,813.36 | 1,813.36 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 35.76 | 35.76 | 35.76 |
| ADAMS-LEVINE | 2300-000 | NA | 0.87 | 0.87 | 0.87 |
| ASSOCIATED BANK | 2600-000 | NA | 186.40 | 186.40 | 186.40 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 2,038.51 | 2,038.51 | 2,038.51 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,019.24 | 1,019.24 | 1,019.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,094.14 | $ 5,094.14 | $ 5,094.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 3,475.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 4,393.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,564.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,467.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,813.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 965.00 | NA | NA | 0.00 |
| | Citi Po Box 6497 Sioux Falls, SD 57117 | | 4,685.00 | NA | NA | 0.00 |
| | Exxmblciti Po Box 6497 Sioux Falls, SD 57117 | | 35.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | 937.00 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 4,770.00 | NA | NA | 0.00 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 5,028.00 | 5,028.55 | 5,028.55 | 3,186.04 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | 1,800.00 | 1,868.10 | 1,868.10 | 1,183.61 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 24.00 | 71.53 | 71.53 | 45.32 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 265.63 | 265.63 | 168.30 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,445.00 | 1,509.23 | 1,509.23 | 956.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 37,401.00 | $ 8,743.04 | $ 8,743.04 | $ 5,539.50 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-47139   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUSBOLDT, NANCY A. | Date Filed (f) or Converted (c): | 11/30/12 (f) |
| | | 341(a) Meeting Date: | 01/18/13 |
| For Period Ending: | 12/30/16 | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 103 Armstrong Dr. Apt. A, B | 112,600.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Charter One Bank | 600.00 | 0.00 | | 0.00 | FA |
| Checking account with Charter One Bank | | | | | |
| 3. Miscellaneous used household goods and furnishings | 450.00 | 0.00 | | 0.00 | FA |
| Miscellaneous used household goods and furnishings | | | | | |
| 4. Books, Pictures, and CD's | 90.00 | 0.00 | | 0.00 | FA |
| Books, Pictures, and CD's | | | | | |
| 5. Wearing Apparel | 700.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel | | | | | |
| 6. Miscellaneous Costume Jewelry | 95.00 | 0.00 | | 0.00 | FA |
| Miscellaneous Costume Jewelry | | | | | |
| 7. Term Life Insurance policy through Phoenix - (No c | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance policy through Phoenix - (No cash surrender value) | | | | | |
| 8. 401(k) / Retirement plan through employer - 100% e | 0.00 | 0.00 | | 0.00 | FA |
| 401(k) / Retirement plan through employer - 100% exempt. | | | | | |
| 9. 472 Shares of Verizon at $44.73 a share | 21,112.00 | 0.00 | | 14,633.64 | FA |
| 472 Shares of Verizon at $44.73 a share | | | | | |
| 10. 20 Shares of Frontier at 4.77 a share. | 95.40 | 0.00 | | 0.00 | FA |
| 20 Shares of Frontier at 4.77 a share. | | | | | |
| 11. Estimated 2011 tax refund of $463.00 was received | 463.00 | 0.00 | | 0.00 | FA |
| Estimated 2011 tax refund of $463.00 was received before filing (April 2012) and spent on ordinary and necessary living expenses. | | | | | |
| 12. Automobile - 2003 Hyundai Elantra with 16,000 in m | 3,834.00 | 0.00 | | 0.00 | FA |
| Automobile - 2003 Hyundai Elantra with 16,000 in mileage - Full Coverage Auto Insurance | | | | | |
| 13. Animal - 1 Dog | 20.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 19.06c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-47139 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | RUSBOLDT, NANCY A. | | | Date Filed (f) or Converted (c): | 11/30/12 (f) |
| | | | | 341(a) Meeting Date: | 01/18/13 |
| | | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Animal - 1 Dog | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $140,059.40 | $0.00 | | $14,633.64 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sent TFR to US Tee for Review September 22, 2016, 09:42 am

TRUSTEE TRYING TO DETERMINE WHY SALE PROCEEDS HAVENT ARRIVED - 01/20/16. STILL WAITING FOR STOCK PROCEEDS - Oct. 31, 2015. TRUSTEE WAITING TO RECEIVE STOCK PROCEEDS - July 30, 2015. STOCK IS BEING SOLD - April 28, 2015. TRUSTEE TO ENFORCE ORDER FOR TURNOVER SINCE DEBTOR HAS NOT COMPLIED - Jan.17, 2015.  TRUSTEE TO SELL STOCK OWNED BY THE DEBTOR. TRUSTEE HAS EMPLOYED COUNSEL AND IS FILING A MOTION FOR TURNOVER OF THE STOCK - January 18, 2014.  NO CHANGE - April 30, 2014.  NO CHANGE - July 17, 2014.  MOTION WAS FILED FOR TURNOVER - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 07/31/15      Current Projected Date of Final Report (TFR): 05/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-47139 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RUSBOLDT, NANCY A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6223 Checking Account |
| Taxpayer ID No: | *******7478 | | | |
| For Period Ending: | 12/30/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/15 | 9 | NANCY RUSBOLDT | STOCK DIVIDENDS | 1123-000 | 1,057.00 | | 1,057.00 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,047.00 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,037.00 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,027.00 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,017.00 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,007.00 |
| 08/24/15 | 9 | VERIZON | DIVIDEND CHECK | 1123-000 | 129.80 | | 1,136.80 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,126.80 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,116.80 |
| 11/05/15 | 9 | VERIZON | stock dividend | 1123-000 | 133.34 | | 1,250.14 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,240.14 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,230.14 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,220.14 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,210.14 |
| 02/16/16 | 300001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 0.87 | 1,209.27 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,199.27 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,189.27 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,179.27 |
| 05/31/16 | 9 | Computershare P.O. Box 43078 Providence, RI 43078 | Stock Diviidends | 1123-000 | 133.34 | | 1,312.61 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,302.61 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,292.61 |
| 08/03/16 | 9 | COMPUTERSHARE P.O. BOX 43078 | STOCK DIVIDENDS | 1123-000 | 133.34 | | 1,425.95 |
| | | | Page Subtotals | | 1,586.82 | 160.87 | |

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2                                                                                                      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                           Exhibit 9

| Case No: | 12-47139 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUSBOLDT, NANCY A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6223  Checking Account |
| Taxpayer ID No: | *******7478 | | |
| For Period Ending: | 12/30/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PROVIDENCE, RI 02940-3078 | | | | | |
| 08/03/16 | 9 | COMPUTERSHARE<br>P.O. BOX 43078<br>PROVIDENCE, RI 02940-3078 | SALE OF 236 SHARES OF STOCK | 1129-000 | 12,913.48 | | 14,339.43 |
| 08/03/16 | 9 | COMPUTERSHARE, INC.<br>250 ROYALL STREET<br>CANTON, MA 02021 | STOCK DIVIDENDS | 1123-000 | 133.34 | | 14,472.77 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,462.77 |
| 08/08/16 | 300002 | NANCY RUSBOLDT<br>103 ARMSTRONG DRIVE, APT A<br>BUFFALO GROVE, IL 60089 | Debtor's Exemption | 8100-000 | | 4,000.00 | 10,462.77 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 10,446.37 |
| 11/18/16 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000%<br>Trustee Fees<br>Trustee Fees<br>        Fees        1,813.36<br>        Expenses      35.76 | <br><br><br>2100-000<br>2200-000 | | 1,849.12 | 8,597.25 |
| 11/18/16 | 300004 | JOSEPH E. COHEN, Attorney<br>105 W Madison<br>Suite 1100<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000%<br>Attorney for Trustee fees | 3110-000 | | 1,019.24 | 7,578.01 |
| 11/18/16 | 300005 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000%<br>Attorney for Trustee fees | 3110-000 | | 2,038.51 | 5,539.50 |
| 11/18/16 | 300006 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 63.35803%<br>(1-1) Unsecured Debt | 7100-000 | | 45.32 | 5,494.18 |
| 11/18/16 | 300007 | Quantum3 Group LLC as agent for | Claim 000002, Payment 63.35881% | 7100-000 | | 168.30 | 5,325.88 |

Page Subtotals       13,046.82       9,146.89

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2    Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit 9

| Case No: | 12-47139 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUSBOLDT, NANCY A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6223  Checking Account |
| Taxpayer ID No: | *******7478 | | |
| For Period Ending: | 12/30/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (2-1) Unsecured Debt | | | | |
| 11/18/16 | 300008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 63.35880%<br>(3-1) Unsecured Debt | 7100-000 | | 956.23 | 4,369.65 |
| 11/18/16 | 300009 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 63.35903%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 1,183.61 | 3,186.04 |
| 11/18/16 | 300010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 63.35902%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 3,186.04 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 14,633.64 | 14,633.64 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,633.64 | 14,633.64 | |
| Less:  Payments to Debtors | | 4,000.00 | |
| Net | 14,633.64 | 10,633.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6223 | 14,633.64 | 10,633.64 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 14,633.64 | 10,633.64 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    5,325.88

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-47139 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | RUSBOLDT, NANCY A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6223  Checking Account |
| Taxpayer ID No: | *******7478 | | | |
| For Period Ending: | 12/30/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********6223

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*